UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 01-548-CR-HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOHN COLE,

    Defendant.
_____/

## ORDER DENYING MOTION TO CORRECT ILLEGAL SENTENCE

THIS CAUSE is before the Court on Defendant, John Cole's Motion to Correct an Illegal Sentence filed pursuant to Fed. R. Crim. Proc. 35(a) ("Motion to Correct"). From Cole's Motion to Correct and supporting memorandum, it is obvious that he is not actually seeking to correct or reduce his sentence as permitted by Rule 35(a). That Rule provides that the Court may corret an arithmetical, technical, or other clear error in the sentence if corrected within seven days after sentencing. Rule 35(a) is obviously not applicable here and this Motion to Correct must be denied on that basis.

However, it appears to the Court that what Cole is really seeking is the setting aside of his judgment of conviction based on his contention that "there is no federal warrant listed in the docket sheet or affidavit filed with the Complaint, that there is probable cause to believe that a federal offense has been committed . . ." To the extent that this is Cole's position, the Motion to Correct is denied. There is no requirement that the district court docket reflect the existence of the state court arrest warrant which was issued for Cole's arrest.

Finally, to the extent that Cole complains that there was no probable cause for his arrest at the scene of the crime by the City of Miami Police Department, the Motion to Correct is also denied. This Court held an evidentiary hearing on Cole's motion to suppress in which Cole contended that there was no probable cause for his arrest and that the evidence gained incident to his arrest should be suppressed. After hearing the evidence from both the Government and Cole,

the Court determined that the arresting officer had probable cause to arrest Cole and denied the motion to suppress. Moreover, the grand jury which indicted Cole found that there was probable cause that a federal crime had been committed by Cole. This Court sees no reason to conclude at this time that there was a lack of probable cause to arrest and to indict Cole for the federal crimes of which he was convicted.

For the reasons stated above, the Motion to Correct is denied.

DONE and ORDERED in Chambers at Miami, Florida this 2nd day of November, 2006.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Stefanie C. Moon, AUSA
John Cole, Pro Se